```
        IN THE UNITED STATES DISTRICT COURT
      FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
                    MARTINSBURG
```

**DAVID STRUMS,**

    **Plaintiff,**

**v.**                                                        **CIVIL ACTION NO. 3:06CV77**

**COMMISSIONER OF
SOCIAL SECURITY,**

    **Defendant.**

## ORDER ADOPTING REPORT AND RECOMMENDATION

On this day the above styled case came before the Court for consideration of the Report and Recommendation of Magistrate Judge James E. Seibert (Doc. No. 7), dated August 17, 2007, regarding Claimant's Motion for Leave to Proceed in*forma pauperis* (Doc. No. 2). Pursuant to 28 U.S.C. § 636(b)(1), this Court conducted a de novo review of the above. As a result, the Court is of the opinion that the **Magistrate Judge's Report and Recommendation (Doc. No.7) should be, and is hereby, ORDERED adopted**. Accordingly, for the reasons contained within the Magistrate Judge's Report and Recommendation, **Claimant's Motion for Leave to Proceed in *forma pauperis* is DENIED**.

It is so **ORDERED**.

The Clerk is directed to transmit true copies of this Order to the petitioner and all counsel of record.

**DATED** this 21st day of December, 2006.

**ORDER ADOPTING REPORT AND RECOMMENDATION**

/s/ Irene M. Keeley
IRENE M. KEELEY